IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SJK ABSOLUTE RETURN FUND, LLC and SJK ABSOLUTE RETURN FUND, LTD., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| EISNERAMPER LLP f/k/a EISNER LLP and EISNERAMPER (CAYMAN) LTD. f/k/a EISNER (CAYMAN) LTD., | )<br>)<br>) |
| Defendants. | ) |

Case No. 1:13-CV-00432

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, including all claims previously asserted, is DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses, including attorneys' fees.

[*Signatures on following page*]

# 3839832_1.Docx

This the 12th day of March, 2014.

| | |
|---|---|
| **TROUTMAN SANDERS LLP** | **DECHERT LLP** |
| */s/ Thomas B. Bosch* | */s/ Robert J. Jossen* |
| J. David Dantzler, Jr. (GA Bar No. 205125) | Robert J. Jossen (RJ1487) |
| Thomas B. Bosch (GA Bar No. 068740) | Claude M. Tusk (CT8900) |
| Mary M. Weeks (GA Bar No. 559181) | 1095 Avenue of the Americas |
| 600 Peachtree Street, Suite 5200 | New York, NY 10036 |
| Atlanta, GA 30308 | Telephone: (212) 698-3500 |
| Telephone: (404) 885-3591 | robert.jossen@dechert.com |
| Facsimile: (404) 962-6727 | claude.tusk@dechert.com |
| david.dantzler@troutmansanders.com | LR 83.1(d) Counsel |
| tom.bosch@troutmansanders.com | |
| mary.weeks@troutmansanders.com | |
| | |
| **TROUTMAN SANDERS LLP** | **SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.** |
| */s/ Gary S. Parsons* | |
| Gary S. Parsons | */s/ Donald H. Tucker, Jr.* |
| N.C. State Bar No. 7955 | Carl N. Patterson, Jr. (NC Bar No. 07260) |
| Post Office Drawer 1389 | Donald H. Tucker, Jr. (NC Bar No. 12578) |
| Raleigh, North Carolina 27602-1389 | Jang H. Jo (NC Bar No. 35686) |
| Telephone: (919) 835-4107 | P.O. Box 2611 |
| Facsimile: (919) 829-8715 | Raleigh, North Carolina 27602-2611 |
| gary.parsons@troutmansanders.com | Telephone: (919) 821-6681 |
| | cpatterson@smithlaw.com |
| | dtucker@smithlaw.com |
| | jjo@smithlaw.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SJK ABSOLUTE RETURN FUND, LLC and SJK ABSOLUTE RETURN FUND, LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:13-CV-00432 |
| EISNERAMPER LLP f/k/a EISNER LLP and EISNER AMPER (CAYMAN) LTD. f/k/a EISNER (CAYMAN) LTD., | ) ) ) ) | **Certificate of Service** |
| Defendants. _____ | ) ) | |

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Gary S. Parsons, Esq. (gary.parsons@troutmansanders.com)
>D. Martin Warf, Esq. (martin.warf@troutmansanders.com)
>J. David Dantzler, Jr., Esq. (david.dantzler@troutmansanders.com)
>Thomas B. Bosch, Esq. (tom.bosch@troutmansanders.com)
>Mary M. Weeks, Esq. (mary.weeks@troutmansanders.com)

This the 12th day of March, 2013.

                Respectfully submitted,

                /s/ Donald H. Tucker, Jr.
                Carl N. Patterson, Jr. (NC Bar No. 07260)
                Donald H. Tucker, Jr. (NC Bar No. 12578)
                Jang H. Jo (NC Bar No. 35686)
                SMITH, ANDERSON, BLOUNT, DORSETT,
                   MITCHELL & JERNIGAN, L.L.P.
                P.O. Box 2611
                Raleigh, North Carolina 27602-2611
                Tel: (919) 821-6681
                Fax: (919) 821-6800
                Email: cpatterson@smithlaw.com
                Email: dtucker@smithlaw.com
                Email: jjo@smithlaw.com

                *Counsel for Defendants EisnerAmper LLP and EisnerAmper (Cayman) Ltd.*